# ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN

A PROFESSIONAL CORPORATION
**ATTORNEYS AT LAW**

ANDREW F. ZAZZALI (1899-1969)

ANDREW F. ZAZZALI, JR.
ROBERT A. FAGELLA**
KENNETH I. NOWAK***
RICHARD A. FRIEDMAN
PAUL L. KLEINBAUM*
EDWARD H. O'HARE*
SIDNEY H. LEHMANN (1945-2012)
COLIN M. LYNCH**


COUNSEL
JAMES R. ZAZZALI***

*Also admitted Pennsylvania
**Also admitted New York
***Also admitted New York & D.C.
‡New York Only

ONE RIVERFRONT PLAZA, SUITE 320
NEWARK, N.J. 07102-5410
Telephone:  (973) 623-1822
Telecopier: (973) 623-2209

_____

150 West State Street
Trenton, New Jersey  08608
Telephone: (609) 392-8172
Telecopier (609) 392-8933


www.zazzali-law.com

**Please Reply to Newark**

GENEVIEVE M. MURPHY-BRADACS**
EDWARD M. SUAREZ, JR.
CYNTHIA REVESZ‡
AILEEN M. O'DRISCOLL*
MARISSA A. McALEER**
FLAVIO L. KOMUVES*
JAMES R. ZAZZALI, JR.


OF COUNSEL
KATHLEEN NAPRSTEK CERISANO
JASON E. SOKOLOWSKI
WILLIAM A. PASCARELL (1934-2010)

October 27, 2014

**VIA ELECTRONIC FILING**
Hon. Katharine S. Hayden
United States District Court Judge
Frank R. Lautenberg U.S. P.O. & Courthouse
  Building, Room 311
Newark, New Jersey  07102

> Re:   **American BD Company v. Local 863 I.B. of T. Pension Plan**
>       **Docket No.: 2:13-cv-3699-KSH-CLW**

Dear Judge Hayden:

On behalf of the Defendant, the Teamsters' Local 863 Pension Fund ("Fund"), we submit this letter in response to the Court's October 20, 2014 Order.

As to the status of the appeal in *Board of Trustees, IBT Local 863 Pension Fund v. C&S Wholesale Grocers*, No. 14-1956 and 14-1957, pending in the Third Circuit, briefing is continuing.  The final brief in the matter is due October 31, 2014.  That court's scheduling clerk has just reached out to counsel to determine their availability for the week of January 12, 2015, suggesting the case will be either argued or submitted without argument sometime that week.

160227.doc

As to the second inquiry about whether the dispositive motions before Your Honor (ECF Nos. 18 & 19) should be decided or administratively terminated, the Fund respectfully submits that the motions should be administratively terminated pending the ruling in the *C&S* matter by the Court of Appeals.

              Respectfully submitted,

              */s/ Kenneth I. Nowak*
              Kenneth I. Nowak

cc:  Robert E. Levy, Esq., Scarinci & Hollenbeck
    (via ECF)

38630-1042

160227.doc