ROBERT E. LEVY, ESQ.
SCARINCI & HOLLENBECK, LLC
1100 VALLEY BROOK AVENUE
P.O. BOX 790
LYNDHURST, NEW JERSEY 07071-0790
Telephone: (201) 896-4100
Attorneys for Plaintiffs, American B.D. Company
Our File No.: 12073.2000

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN B.D. COMPANY, | Civil Action No. 2:13-cv-03699(KSH)(CLW) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| LOCAL 863 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION PLAN, | **ELECTRONICALLY FILED** |
| Defendants. | |

To:   Flavio L. Komuves, Esq., Kenneth I. Nowak, Esq.
      Zazzali, Fagella, Nowak, Kleinbaum & Friedman
      1 River Front Plaza, Suite 320
      Newark, NJ  07102-5410
      *Attorney(s) for Defendant*

PLEASE TAKE NOTICE THAT on a date set by the Court, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff, American B.D. Company, will move before the United States District Court Superior Court of New Jersey for an order granting Summary Judgment in its favor.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiff will rely on the Brief, Exhibits submitted herewith and proposed form of Order.

4849-3378-5129, v. 1

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

SCARINCI & HOLLENBECK, LLC

By:  *s/ Robert E. Levy, Esq.*
     Robert E. Levy Esq.             Dated: October 7, 2015
     Attorney for Plaintiff

## CERTIFICATION OF SERVICE

These papers have been filed with the Clerk, United States District Court, District of New Jersey via electronic filing. A copy of these papers has been served on the following persons:

- **FLAVIO L. KOMUVES**
  fkomuves@zazzali-law.com,jmays@slevinhart.com,hmitchell@zazzali-law.com

- **KENNETH I. NOWAK**
  knowak@zazzali-law.com,hmitchell@zazzali-law.com

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

SCARINCI & HOLLENBECK, LLC

By:  *s/ Robert E. Levy, Esq.*
     Robert E. Levy Esq.              Dated: October 7, 2015
     Attorney for Plaintiff